UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,     CRIM. NO. 11-CR-20551

v.           HON. ROBERT H. CLELAND

D-28  GUARANG GANDHI,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Leave of the Court is granted for the reasons stated in the government's motion to dismiss with prejudice the above-numbered Second Superseding Indictment against D-28 GUARANG GANDHI.  Accordingly, IT IS HEREBY ORDERED that the Second Superseding Indictment against the defendant be dismissed with prejudice in accordance with the guilty plea agreement and sentencing in the case of 11-cr-20551-27.

            s/Robert H. Cleland
            Robert H. Cleland
            United States District Judge

Entered: September 23, 2015